# EXHIBIT A

# Civil, Law, Chancery, Domestic Case Search

For your convenience, the Clerk of the Circuit Court offers on-line access to electronic docket information for cases in the Criminal divisions. By using this service, the user agrees and understands that he or she is bound by the on-line access to court records Terms of Agreement.

Case information for case number: **2026L002384**

Search Again

| Case Number | Calendar | Date Filed | Division |
|---|---|---|---|
| 2026L002384 | LCALX | 03/03/2026 | District 1 |

| Plaintiff(s) | Case Type | Defendant(s) | Attorney |
|---|---|---|---|
| AMANDA M HEARD | Product Liability - Non Jury | CHURCH & DWIGHT CO., INC.<br>ZICAM<br>TARGET CORPORATION | |

| Ad Damnum |
|---|
| 0 |

**Future Court Activity:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Court Date:** | 04/29/2026 | **Hearing Type:** | First Case Management First Time Case Management(Judicial Officer:Calendar, X,Walsh, Elizabeth A.) | **Time:** | 9:30 AM | **Location:** | Court Room 2205,Richard J Daley Center |

**Case Activities:**

| | | | | |
|---|---|---|---|---|
| **Activity Date:** | 03/26/2026 | **Event Desc:** | Electronic Notice Sent | **Comments:** |

| | | | | | |
|---|---|---|---|---|---|
| **Activity Date:** | 03/15/2026 | **Event Desc:** | Summons Served - Corporation/Company/Business | **Comments:** | Sheriff ID: 20247941, Sheriff Filename: 2026l00238420247941.pdf |
| **Activity Date:** | 03/15/2026 | **Event Desc:** | Summons Served - Corporation/Company/Business | **Comments:** | Sheriff ID: 20247942, UNKNOWN LITIGANT Sheriff Filename: 2026l00238420247942.pdf |
| **Activity Date:** | 03/03/2026 | **Event Desc:** | New Case Filing | **Comments:** | |
| **Activity Date:** | 03/03/2026 | **Event Desc:** | Personal Injury (Product Liability) Complaint Filed | **Comments:** | |
| **Activity Date:** | 03/03/2026 | **Event Desc:** | Summons Issued And Returnable | **Comments:** | |
| **Activity Date:** | 03/03/2026 | **Event Desc:** | Summons Issued And Returnable | **Comments:** | |
| **Activity Date:** | 03/03/2026 | **Event Desc:** | Summons Issued And Returnable | **Comments:** | |

Please Note:If you do not find a case you are looking for, please contact our Customer Service Call Center at (312) 603-5030 and they can assist you with your search.